*3*

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Souther:: District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTHUR LARSON | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO.  B - 03 - 038 |
| | § | |
| | § | |
| | § | |
| JOHNSON ELECTRIC AUTOMOTIVE, | § | (JURY REQUESTED) |
| INC. | § | |
| Defendant | § | |

---

### MOTION FOR CONTINUANCE OF HEARING SCHEDULED FOR JUNE 23, 2003 AT 1:30 P.M.

---

TO THE HONORABLE JUDGE TAGLE:

COMES NOW, MOVANT, CARLOS E.  HERNANDEZ, JR., Attorney- in-Charge for **ARTHUR LARSON** and hereby files this his Motion for Continuance of the hearing scheduled for Monday, June 23, 2003 at 1:30 p.m.  In support of his Motion, Movant would show unto the Court as follows:

I.

On Friday, June 20, 2003, at 4:30 p.m., Attorney Carlos E.  Hernandez, Jr. received a telephone call from Estella Cavazos, Case Manager for the Honorable Judge Hilda Tagle informing him that a hearing was set on the above referenced case on Monday, June 23, 2003 at 1:30 p.m.  Mr.  Hernandez informed Ms. Cavazos that he did not have notice of this setting, the setting was not on his calendar and that he has been scheduled to be in

Vail, Colorado at the National Employment Lawyers Association Annual Convention and Employment Law Seminar from June 23 through July 1, 2003.

At that time, Mr. Hernandez told Ms. Cavazos that he would try to reschedule his trip and would appear in court on Monday. However, after checking with the travel agency, Mr. Hernandez learned that his tickets are non refundable and any rescheduling would require a full unrestricted fare. Attached to this motion as Exhibit "A" are copies of the flight itineraries for Carlos and Sophia Hernandez.

In light of the foregoing, Movant Carlos E. Hernandez, Jr. respectfully requests that this Honorable Court reschedule this hearing for approximately two weeks from its current setting.

II.

This brief continuance is not sought for delay, but rather so that justice may be done.

**WHEREFORE PREMISES CONSIDERED**, Movant Carlos E. Hernandez, Jr., Attorney in charge for Plaintiff ARTHUR LARSON prays that this Honorable Court reset its present hearing scheduled for Monday, June 23, 2003 at 1:30 p.m. to the next convenient and available date which the Court has after July 1, 2003. Additionally, Plaintiff Arthur

-2-

Larson prays for such other and further relief, general or special, at law or in equity, to which he may be justly entitled to receive.

Signed June 21, 2003

Respectfully submitted,

**THE LAW OFFICES OF**
**CARLOS E. HERNANDEZ, JR., P.C.**
2025 Central Blvd, Suite B
Brownsville, Texas 78520
Telephone: (956) 542-1485
Facsimile: (956) 542-0904

By:_____
        Carlos E. Hernandez, Jr.
        State Bar No. 00787681
        Federal Bar No. 17022

        Attorney for Plaintiff
        Arthur Larson

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on the following, to wit:

**Via CMRRR 7002 2410 0007 1672 5598**
C. Peterson
Johnson Electric Automotive, Inc.
47660 Halyard
Plymouth, MI 48170

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on the 2⁴ day of June, 2003.

_____
Carlos E. Hernandez, Jr.

-4-

## VERIFICATION

**STATE OF TEXAS**                           §
                                             §
**COUNTY OF CAMERON**                        §

Before me, the undersigned notary, on this day, personally appeared Carlos Hernandez, Jr., a person whose name is known to me. After I administered an oath to him, upon his oath, he stated that he has read his Motion for Continuance of the hearing scheduled for Monday, June 23, 2003 at 1:30 p.m. and that the facts stated in it are within his personal knowledge and are true and correct.

_____
Carlos E. Hernandez, Jr.

**SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority, on this 21ˢᵗ day of _June_ ,2003 to certify which witness my hand and seal of office.

_Maria E. Portillo_
_____
**NOTARY PUBLIC IN AND FOR**
**THE STATE OF TEXAS**

MARIA E. PORTILLO
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
SEPTEMBER 30, 2006

-5-

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ARTHUR LARSON** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO.  B - 03 - 038** |
| | § | |
| | § | |
| | § | |
| **JOHNSON ELECTRIC AUTOMOTIVE,** | § | **(JURY REQUESTED)** |
| **INC.** | § | |
| **Defendant** | § | |

---

**ORDER GRANTING CONTINUANCE OF THE HEARING
SCHEDULED FOR JUNE 23, 2003**

---

**BE IT REMEMBERED,** that on this _____ day of _____, 2003, came

on to be heard Movant Carlos E.  Hernandez, Jr.'s  Motion for Continuance of the hearing

scheduled for Monday, June 23, 2003 at 1:30 p.m. in the above numbered and entitled

cause of action, and the Court having read the motion and heard the arguments of counsel

is of the opinion that said Motion should in all things be **GRANTED.**

   **IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that the hearing

scheduled for Monday, June 23, 2003 at 1:30 p.m. is reset until _____, 2003 at

_____ o'clock in Judge Hilda Tagle's Courtroom.

   **DONE in Brownsville, Texas** this _____ day of _____ 2003.


_____
U.S. District Judge Hilda Tagle

# Exhibit "A"
## Travel Itineraries

**Carlos Hernandez**

| | |
|---|---|
| **From:** | CheapTickets.com [Reservations@CheapTickets.com] |
| **Sent:** | Monday, May 12, 2003 2:59 PM |
| **To:** | CARLOS.HERNANDEZJR@WORLDNET.ATT.NET |
| **Subject:** | Your Reservation Has Been Confirmed |

Cheap Tickets(SM) reference number: QWWZBI
Electronic ticket reservation number: DL QRY7VL

Dear CARLOS HERNANDEZ,

Thank you for visiting Cheap Tickets!

We are pleased to confirm your Cheap Tickets travel reservation and have provided your
Cheap Tickets reference number and electronic ticket reservation number above.

IMPORTANT INFORMATION ABOUT YOUR RESERVATION
Please take a moment to review the travel itinerary below.

For more information about your reservation, as well as the rules and restrictions
associated with it, visit our Terms of Use:
http://www.cheaptickets.com/trs/cheaptickets/content/about_us/terms.xsl

MY TRIPS
You can view your travel itinerary at any time by visiting My Trips:
http://www.cheaptickets.com/trs/cheaptickets/profile/am_profile_summary.xsl
*****************************************************************

Did you know that Cheap Tickets also has great rates on hotels and condos? Visit Cheap
Tickets to take advantage of these great rates today: http://www.cheaptickets.com/

Need a rental car?  Ride into savings with an Avis rental car from Cheap Tickets.  Book
now and save: http://www.cheaptickets.com/trs/cheaptickets/car_services/car_search.xsl?
exclusive-car-vendor=ZI

*****************************************************************

Your ticket(s) have been issued as electronic tickets (e-tickets). E-tickets are are
paperless tickets that the airlines maintain in their database. To travel with an e-
ticket,
you will need to show a valid photo identification card (i.e., a drivers license,
passport) at the check-in counter and then will be issued a boarding pass.

Due to the war and the continuing decline in demand, Delta has cancelled flights and
reduced schedules. At this time, Delta is NOT advising us of these changes, nor is it
automatically re-accommodating cancelled flights. Instead, Delta is handling its schedule
changes internally -- by contacting its passengers directly to confirm intent to travel,
and then rebooking those passengers on alternate flights.

Please verify that your contact information listed below is correct. This is the contact
information Delta will use if changes are made to your flight(s).

We also suggest that you reconfirm your flight reservation(s) directly with Delta 48 hours
prior to flight time.

DLVR: CARLOS HERNANDEZ
      654 PARKLAND DR.
      BROWNSVILLE TX
      78521
      956-546-2760

FOR: HERNANDEZ/CARLOS  REF: CHEAPTICKETS.2289260

HERNANDEZ/SOPHIA  REF: CHEAPTICKETS.2289260

ITINERARY

AIR - MONDAY - June 23

```
    Delta Airlines                  Flight: 4157      Economy Class
    This flight operated by ATLANTIC SOUTHEAST AIRLI
    Leaving: Houston Hobby Airport                    7:15AM
    Depart : Terminal Information Unavailable
    Arriving: Dallas Ft.Worth Int'l Airport           8:20AM
    Arrive : TERMINAL E
    Seat:  9C
    EQP Type: CanadaAir Regional Jet
    Status: Confirmed
        SEAT ASSIGNMENTS ARE 09C-09D
```

AIR - MONDAY - June 23

```
    Delta Airlines                  Flight: 4766      Economy Class
    This flight operated by ATLANTIC SOUTHEAST AIRLI
    Leaving: Dallas Ft.Worth Int'l Airport            9:35AM
    Depart : TERMINAL E
    Arriving: Denver International Airport             10:37AM
    Arrive : Terminal Information Unavailable
    Seat:  7C
    EQP Type: CanadaAir Regional Jet
    Status: Confirmed
        SEAT ASSIGNMENTS ARE 07C-07D
```

AIR - MONDAY - June 30

```
    Delta Airlines                  Flight: 4670      Economy Class
    This flight operated by ATLANTIC SOUTHEAST AIRLI
    Leaving: Denver International Airport              5:25PM
    Depart : Terminal Information Unavailable
    Arriving: Dallas Ft.Worth Int'l Airport           8:20PM
    Arrive : TERMINAL E
    Seat:  3C
    EQP Type: CanadaAir Regional Jet
    Status: Confirmed
        SEAT ASSIGNMENTS ARE 03C-03D
```

AIR - MONDAY - June 30

```
    Delta Airlines                  Flight: 4164      Economy Class
    This flight operated by ATLANTIC SOUTHEAST AIRLI
    Leaving: Dallas Ft.Worth Int'l Airport            9:15PM
    Depart : TERMINAL E
    Arriving: Houston Hobby Airport                    10:20PM
    Arrive : Terminal Information Unavailable
    Seat:  7B
    EQP Type: CanadaAir Regional Jet
    Status: Confirmed
        SEAT ASSIGNMENTS ARE 07B-07A
```

ITINERARY REMARKS

```
    TOTAL SERVICE AND/OR DELIVERY FEE:$10.00 USD
    TOTAL AIRLINE TICKET PRICE:$577.00 USD
    TOTAL CHARGED TO YOUR CREDIT CARD:$587.00 USD
    THE FOLLOWING PASSENGERS ARE CONFIRMED IN THIS ITINERARY:
    HERNANDEZ/CARLOS - HERNANDEZ/SOPHIA
```

For information about specific fare rules, visit My Trips:

2

http://www.cheaptickets.com/trs/cheaptickets/profile/am_profile_summary.xsl -- or call a
Travel Professional at 1.888.922.8849.
*************************************************************

SPECIAL TRAVEL OFFERS JUST FOR YOU
Have you signed up to receive our Special Travel Offers?  We will bring you travel deals
right to your desktop -- including special promotions; great airfares from your home area;
and discounts on lodging, rental cars, customized packages, and more. Sign up now:
http://www.cheaptickets.com/trs/cheaptickets/content/newsletter/signup.xsl

*************************************************************
TRAVEL INSURANCE
Did you know that Cheap Tickets has a travel insurance partner that could offer you
protection against trip cancellation penalties, travel interruptions and delays, emergency
medical expenses, lost baggage and more? Visit http://www.travelguard.com/agentlink.asp?
ta_arc=007622&ad_id=cheaptk3501&sitecolor=ccccff&cheaptickets=true
to explore your trip protection options today.


*************************************************************

IMPORTANT TRAVEL-PLANNING INFORMATION

Check-in: The airlines must follow a federally mandated law that requires them to maintain
a specific level of screening for all checked baggage.  We recommend that you check-in at
least two hours prior to departure on all domestic flights, and 3 hours prior to departure
on all international flights.  Failure to do so may result in a loss of your seat
assignment or cancellation of your reservation.  We also suggest that you reconfirm
frequent flyer numbers and/or any other special requests upon check-in.

Airport Check-in Location: The US Transportation Security Administration is now requiring
passengers traveling from some airports with certain airlines to present a boarding pass
and photo ID at security checkpoints before proceeding to the gate. Please confirm your
itinerary and check-in policies directly with your airline at least 24 hours prior to
departure.

Identification: At check-in, you must present a government-issued photo ID.

Reconfirmation: Please reconfirm all reservation(s) with the airline(s) 48 hours
prior to departure for domestic flights and 72 hours prior to departure for international
flights.  Failure to use your flight reservation(s) may result in automatic cancellation
of all continuing and return reservations.  Reconfirmation of flights is mandatory in
Hawaii, Canada, Mexico, and all other international destinations.  You must advise the
airline(s) if your travel plans change en route.

Promotional Fares: Most discount airfares involve certain restrictions. A change in
carrier(s), flight(s), time(s), date(s) or routing(s) could result in a carrier demanding
full
fare. We recommend that you obtain assistance from Cheap Tickets or the airline(s) before
making any changes to your reservation(s).

Airline Ticket Change/Cancellation Fees: Airline tickets are non-transferable and may be
nonrefundable. Fees may apply for changes and/or cancellations. If a refund or credit is
available for cancelled or unused tickets, such cancelled or unused tickets must be
returned to Cheap Tickets in order to receive the refund or credit to your account.  Lost,
stolen or destroyed tickets must be paid for until a refund is received from the issuing
carrier and may be subject to service charges. For information about specific fare rules
and/or Cheap Tickets related policies, visit Cheap Tickets:
http://www.cheaptickets.com/trs/cheaptickets/profile/am_profile_summary.xsl -- or call a
Travel Professional at 1.888.922.8849.

---

INTERMEDIARY ACTIVITIES:
WE ARE ACTING AS AN INTERMEDIARY OR AS AN AGENT FOR SUPPLIERS IN SELLING SERVICES, OR IN
ACCEPTING RESERVATIONS OR BOOKINGS FOR SERVICES WHICH ARE NOT DIRECTLY SUPPLIED BY US
(SUCH AS AIR CARRIAGE, CAR RENTAL, HOTEL ACCOMMODATIONS, GROUND TRANSPORTATION, MEALS,
TOURS, CRUISES, ETC.). WE ARE NOT RESPONSIBLE FOR BREACH OF CONTRACT OR ANY ACTIONS OR
OMISSIONS ON THE PART OF SUCH SUPPLIERS, WHICH RESULT IN ANY LOSS, DAMAGE, DELAY OR INJURY

3

TO YOU AND/OR YOUR TRAVEL COMPANION(S). WE DO NOT GUARANTEE ANY OF SUCH SUPPLIERS' RATES,
BOOKINGS OR RESERVATIONS. YOUR RETENTION OF TICKETS, RESERVATIONS, OR BOOKINGS AFTER
ISSUANCE SHALL CONSTITUTE YOUR AGREEMENT TO THESE TERMS AND CONDITIONS, AND AN AGREEMENT
ON YOUR PART TO CONVEY THE CONTENTS HEREOF TO YOUR TRAVEL COMPANION(S).
WE SHALL NOT BE HELD RESPONSIBLE FOR ANY DISRUPTION OF TRAVEL AND/OR RELATED SERVICES
RESULTING FROM BANKRUPTCY OF ANY TRAVEL SUPPLIER(S) OR DUE TO MONETARY CRISIS, POLITICAL
OR SOCIAL UNREST, LABOR PROBLEMS, MECHANICAL OR CONSTRUCTION DIFFICULTIES, CLIMATIC
ABERRATIONS, LOCAL LAWS, DISEASES, NOVEL CONDITIONS, INCLUDING TERRORIST ACTIVITIES,
AND/OR EVENTS OF "FORCE MAJEURE" (I.E., THOSE BEYOND OUR REASONABLE CONTROL). ANY CLAIM OR
CAUSE OF ACTION ARISING FROM OR RELATING TO YOUR ACCESS AND USE OF OR PURCHASE OF PRODUCTS
AND/OR SERVICES FROM THE SITE MUST BE BROUGHT WITHIN ONE (1) YEAR FROM THE DATE ON WHICH
SUCH CLAIM OR ACTION AROSE OR ACCRUED OR PURCHASE WAS COMPLETED.

State Seller of Travel Registration Numbers: California CST 2032740-50 (registration as a
seller of travel does not constitute approval by California); Florida ST-35204; Hawaii
TAR-5025; Iowa 359; Nevada 2002-0259; Ohio 87 89 0291; State of Washington 601 760 010.
***********************************************************

For help with your travel plans, visit Help:
http://www.cheaptickets.com/trs/cheaptickets/content/customer_service/cs_home.xsl Or, if
you need reservations assistance, email us at feedback@cheaptickets.com or call
1.888.922.8849 24/7 and press 1 to speak with a Travel Professional.

The Best Kept Secret in Travel (R)

Thanks,
The Cheap Tickets Team
http://www.cheaptickets.com

## Carlos Hernandez

| | |
|---|---|
| **From:** | Southwest Airlines [no-reply@mail.southwest.com] |
| **Sent:** | Monday, May 19, 2003 10:28 AM |
| **To:** | carlos.hernandezjr@worldnet.att.net |
| **Subject:** | Ticketless Confirmation |

```
******************* !!! IMPORTANT NOTICE !!! *******************
**                                                           **
  At a growing number of airports, Customers will need to bring
  one of the following, along with their government-issued photo
  ID, to proceed through the security checkpoint:
  1.  A Boarding Pass or
  2.  A Security Document and Itinerary/Receipt or
  3.  A Security Document and Ticket

  Customers not checking luggage may Retrieve/Print their Security
  Document beginning 6:00 AM one day prior to their flight.

  To Retrieve/Print your Security Document and for Important
  Information needed prior to traveling, visit the Travel Center
  at http://www.southwest.com/travel_center
**                                                           **
******************* RECEIPT AND ITINERARY *******************

Receipt and Itinerary as of 05/19/03 12:26PM

* * * * * * * * * * * * * * * *
Confirmation Number: 8P25R5
Confirmation Date: 05/19/03
* * * * * * * * * * * * * * * *

Received: SOPHIA H

Passenger(s):
HERNANDEZ/CARLOS 526-2750248780-3
Rapid Rewards Member #: 00000068381106

HERNANDEZ/SOPHIA 526-2750248784-0


Itinerary:
Sunday, June 22 - HARLINGEN TX(HRL) to HOUSTON HOBBY(HOU) Flight 30 H Depart HARLINGEN TX
(HRL) at 12:10PM and Arrive in HOUSTON HOBBY(HOU) at 01:10PM

Tuesday, July 01 - HOUSTON HOBBY(HOU) to HARLINGEN TX(HRL) Flight 17 H Depart HOUSTON
HOBBY(HOU) at 11:45AM and Arrive in HARLINGEN TX(HRL) at 12:40PM


*************************** COST *************************** Total for 2 Passenger(s)
AIR: ........................$182.32
TAX: ........................$25.68
PFC: ........................$6.00
SECURITY FEE: ..............$10.00
                            _____
Total Fare:                 $224.00

********************* PAYMENT SUMMARY *********************

Current payment(s)
19MAY2003 MASTERCARD xxxxxxxxxxxx9332 Ref 526-2750248780-3 $112.00
                            1
```

19MAY2003 MASTERCARD xxxxxxxxxxxx9332 Ref 526-2750248784-0 $112.00

Total Payments: $224.00


*********************** FARES RULE(S) *********************** VALID ONLY ON SOUTHWEST AIRLINES
    NON REFUNDABLE/NO STANDBY

All travel involving funds from this Confirm no. must be
completed by 05/19/04

Fare Calculation:
ADT- 2 HRLWNHOU H14RNR 49.00  HOUWNHRL H14RNR 49.00     $98.00
ZPHRL HOU XFHRL3.00 HOU0.00 AYHRL2.50 HOU2.50  $112.00


BOARDING PASS DISTRIBUTION AT GATE.                      (HDQ IB)


Important:

********************** CHECKIN REQUIREMENTS ********************** Southwest Airlines
Ticketless Travel is nontransferrable.
Please provide confirmation number and government-issued photo
identification at the gate one (1) hour prior to scheduled
departure to receive a boarding pass for your flight.  If not checking luggage, simply
proceed to your departure gate.

Customer Checkin Requirement - Customers who do not claim
their reservations at the departure gate desk at least ten (10)
minutes before scheduled departure time will have their
reserved space cancelled and will not be eligible for denied
boarding compensation.

*********************** INFLIGHT SERVICE *********************** Snack Service: If your
total flight itinerary includes a series
of flights that each are less than two hours in duration, you
will be served peanuts/pretzels on each flight segment. If your
itinerary includes any nonstop flight longer than two(2) hours,
you will be served a packaged snack on that flight segment.
Southwest Airlines does not serve sandwiches or meals, however,
you may bring something to eat on board.

***************** SPECIAL OFFERS ***************** Self-Service, RAPID CHECK-IN Kiosks
are now available at nearly every airport Southwest Airlines serves. For details, please
visit: http://www.southwest.com/kiosks?src=eitin031203


******************** REFUND INFORMATION ********************** For Southwest Airlines
Refund Information please visit
http://www.southwest.com/travel_center/refund_information.html

******************** CONDITIONS OF CONTRACT ******************** Southwest Airlines Co. -
Notice of Incorporated Terms -
This notice is part of the Conditions of Contract. Air
transportation by Southwest Airlines is subject to Southwest
Airlines' Passenger Contract of Carriage, the terms of which
are herein incorporated by reference.  Incorporated terms
include, but are not restricted to:

(1) Limits on liability for baggage, including fragile or
perishable goods, and availability of excess valuation
coverage.  Baggage liability is limited to $2,500 per Customer unless you purchase excess
valuation liability coverage.
Exception: Carrier will not be responsible for money, jewelry, cameras, video and
electronic equipment, including computers,

2

silverware, negotiable papers, securities, business documents, samples, items intended for sale, paintings, antiques,
artifacts, manuscripts, furs, irreplaceable books or
publications, and similar valuables contained in checked or
unchecked baggage.

(2) Claims restrictions, including time periods in which
Customers must file a claim or sue Southwest.

(3) Our rights to change terms of the Contract.

(4) Rules on reservations, checkin times, refusal to carry,
and smoking.

(5) Our rights and limits of liability for delay or failure
to perform service, including schedule changes, substitution of
alternate air carriers or aircraft, and rerouting.

(6) Airline flights may be overbooked. If we deny you boarding
due to an oversale and you have checked in at the gate at
least ten (10) minutes before scheduled departure, with few
exceptions, we compensate you.

(7) Southwest reserves the right to refuse carriage to any
person who is not able to produce positive identification.
You may inspect the Contract of Carriage - Customer Service Commitment, or obtain a copy
by sending a request to:

Southwest Airlines Co.
VP of Customer Relations and Rapid Rewards,
P.O. Box 36647,
Love Field,
Dallas, TX 75235-1647.

************************ PRIVACY POLICY ************************ Read about Southwest
Airlines' privacy policy at
www.southwest.com/traveler_info/privacy_policy.html .

Should you wish to forward or distribute this message to
others, please do so only with the express permission of the
passenger(s) traveling. If you are not an intended recipient or
if you have received this message in error, please promptly
delete this message. Thank you for your cooperation and
consideration.


This is a post only mailing from Southwest Airlines
regarding your flight confirmation.

Please do not attempt to respond to this message.