S

## Civil Courtroom Minutes

| | | | | | |
|---|---|---|---|---|---|
| **JUDGE** | | Hilda G. Tagle | | | |
| **CASE MANAGER** | | Stella Cavazos | | | |
| **LAW CLERK** | | ☐ Nicolas | ■ Levesque | | |
| **DATE** | | 06 | 23 | 03 | |
| **TIME** | | a.m. | | a.m. | |
| | | 1:43 p.m. | | 1:47 p.m. | |
| **CIVIL ACTION** | | B | 03 | 38 | |
| **STYLE** | | ARTHUR LARSON | | | |
| | | *versus* | | | |
| | | JOHNSON ELECTRIC AUTOMOTIVE, INC. | | | |



United States District Court
Southern District of Texas
FILED

JUN 23 2003

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT)  ■Initial Pre-Trial Hearing;                    Court Reporter: Dora Canizales

Attorney(s) for Plaintiff(s):     Annette Hinojosa, appearing for Carlos Hernandez
Attorney(s) for Defendant(s):  No appearance (see below)

***Ruling:*** Plaintiff's Motion to Appear for Attorney in Charge ***GRANTED***.
Plaintiff's Motion for Continuance rendered ***MOOT***.

Comments:

    Ms. Hinojosa explained that return service was sent to Plaintiffs on March 3, 2003, but Plaintiff's had not filed it with the Court. She was prepared to file it today. No counsel representing Defendants have been in contact with Plaintiffs.

    Ms. Hinojosa was unable to answer questions concerning the complaint and amount of earning damages.

    Judge ordered Carlos Hernandez to show cause on July 1, 2003 as to why he did not receive notice of this scheduling conference and why he did not file return service.