

United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LARSON, | § | |
|     Plaintiff | § | |
| v. | § | C.A. No. B-03-38 |
| JOHNSON ELECTRIC AUTOMOTIVE, INC., | § | |
|     Defendant. | § | |

## ORDER

BE IT REMEMBERED that on June 23, 2003, the Court **ORDERED** Plaintiff's counsel, Carlos Hernandez, Jr., to appear on July 1, 2003, at 1:30 p.m. to **SHOW CAUSE** and explain his failure to file return service with the Court in the above captioned case. In addition, Mr. Hernandez will explain the circumstances of his failure to receive notice of the Initial Pretrial Conference held on June 23, 2003, at 1:45 p.m.

DONE this 23rd day of June, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge