

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |

United States District Court
Southern District of Texas
FILED

**JUL 0 1 2003**

Michael N. Milby, Clerk of Court

DATE    ·    07 — 01 — 03

TIME

| | a.m. | | a.m. |
|---|---|---|---|
| 1:50 | p.m. | 2:00 | p.m. |

CIVIL ACTION    B — 03 — 38

STYLE

ARTHUR LARSON

*versus*

JOHNSON ELECTRIC AUTOMOTIVE, INC.

## DOCKET ENTRY

(HGT)  ■Show Cause Hearing;                  Court Reporter: Dora Canizales

Attorney(s) for Plaintiff(s):    Carlos Hernandez
Attorney(s) for Defendant(s):   Keith Sieczkowski

***Ruling:*** Court ***did not*** rule on Def's Motion to Dismiss for Insufficient Service of Process (Dkt.#7) because it was just filed today and not ripe for hearing.

**Comments:**

Court inquired regarding the following:

 1. Why had Mr. Hernandez not appeared for the initial pretrial conference scheduled for June 23, 2003? Mr. Hernandez explained that he wasn't sure why the courier service did not give him a copy of the order with the stamped filed petition.

 2. Why had return of service not been filed? Mr. Hernandez stated he had received conflicting information from the TX Dept. of State and CT Corp, which informed him that he could effect service on Defs with the corp. Addresses were incorrect, etc. He intended to seek advice from the court on the proper means for effecting service on this defendant. It was on his radar screen even before he learned of the scheduling conference.

 3. Why had he sent an attorney who could not speak on all matters of the complaint? Mr. Hernandez stated he thought his motion to appear was written in such a way as for the substituting attorney to discuss only the motion for continuance but not the actual complaint.

 Mr. Hernandez was warned to be more careful in the future.