IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTHUR LARSON | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-038 |
| | § | |
| JOHNSON ELECTRIC AUTOMOTIVE, INC. | § | |

## ORDER ON JOHNSON ELECTRIC AUTOMOTIVE, INC.'S MOTION FOR LEAVE TO CORRECT EXHIBIT "A" TO MOTION TO DISMISS

ON THIS DAY came to be considered the Motion of Johnson Electric Automotive, Inc. for leave to correct Exhibit "A" in its Motion to Dismiss for Insufficient Service of Process and Brief in Support wherein the certified mail receipt was inadvertently omitted from C. Peterson's Sworn Statement. After considering the merits of the Motion, the Court finds the Motion to be meritorious and the Motion is hereby GRANTED;

IT IS ORDERED that Defendant's Motion for Leave to Correct Exhibit is hereby GRANTED; and,

IT IS FURTHER ORDERED the Clerk remove Exhibit "A" from Johnson Electric Automotive, Inc.'s Motion to Dismiss for Insufficient Service of Process and Brief in Support and substitute Exhibit "1" of Johnson Electric's Motion for Leave to Correct Exhibit "A" in its place.

ENTERED this ____ day of July, 2003.

United States District Judge

C0090380.WPD: