15

```
                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION

                                        United States District Court
                                        Southern District of Texas
                                                 FILED

ARTHUR LARSON              .
                                            AUG 1 1 2003
     PLAINTIFF             .
                                           Michael N. Milby
                           .                Clerk of Court

   vs.                     .  DOCKET NO.: 03-CV-38

                           .

JOHNSON ELECTRIC AUTOMOTIVE .

     DEFENDANT             .

                           .  JULY 1, 2003


        TRANSCRIPT OF MOTION TO SHOW CAUSE HEARING

             BEFORE THE HONORABLE HILDA TAGLE

                 UNITED STATES DISTRICT JUDGE




Court Reporter:         Dora Canizales, CSR-RPR
                        Certified Shorthand Reporter
                        3209 Audrey Lane
                        Edinburg, Texas 78539
                        Tel.  (956) 821-4401


Proceedings reported by stenotype, transcript produced by

Computer-aided transcription.
```

**ORIGINAL**