*17*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTHUR LARSON | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-038 |
| | § | |
| JOHNSON ELECTRIC | § | |
| AUTOMOTIVE, INC. | § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Plaintiff Arthur Larson and files this his Motion to Dismiss With Prejudice. As grounds for this motion, Plaintiff stipulates that he has compromised and resolved his differences with Defendant, including that the parties bear its and his own costs and fees.

FOR THE ABOVE STATED REASONS, Plaintiff requests the Court enter the proposed Order filed herewith dismissing this matter with prejudice and taxing costs against the party incurring same.

Respectfully submitted,

Carlos E. Hernandez, Jr.
Law Offices of Carlos E. Hernandez, Jr., P.C.
2025 Central Blvd., Suite B
Brownsville, Texas 78520
Telephone: (956) 542-1485
Facsimile:   (956) 542-0904

By: _____
Carlos E. Hernandez, Jr.
TSB #00787681
Fed. I.D. #17022

ATTORNEY FOR PLAINTIFF
ARTHUR LARSON

C0055127.WPD:

AGREED:

Keith B. Sieczkowski
TSB #18341650
Fed. I.D.# 17118
MATTHEWS & BRANSCOMB
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78470
Telephone:  (361) 888-9261
Facsimile:   (361) 888-8504

ATTORNEY FOR JOHNSON ELECTRIC

C0055127.WPD:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTHUR LARSON | § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-038 |
| JOHNSON ELECTRIC AUTOMOTIVE, INC. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff's Motion to Dismiss With Prejudice. The Court finds that the Order is appropriate and should be granted.

It is therefore ORDERED that the above-referenced cause is DISMISSED WITH PREJUDICE.

It is further ORDERED that costs be taxed against the parties incurring same. All relief not specifically granted is denied.

SIGNED, ORDERED and ENTERED this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

C0055127.WPD:

**AGREED AS TO FORM AND SUBSTANCE:**

Carlos E. Hernandez, Jr.
Law Offices of Carlos E. Hernandez, Jr., P.C.
2025 Central Blvd., Suite B
Brownsville, Texas 78520
Telephone: (956) 542-1485
Facsimile:  (956) 542-0904

By: _____
    Carlos E. Hernandez, Jr.
    TSB #00787681
    Fed. I.D. #17022

ATTORNEY FOR PLAINTIFF
ARTHUR LARSON


and

MATTHEWS & BRANSCOMB
802 North Carancahua, Suite 1900
Corpus Christi, Texas 78470-0700
Telephone: (361) 888-9261
Facsimile:  (361) 888-8504

By: _____
    Keith B. Sieczkowski
    Texas Bar #18341650
    Fed. I.D. #17118

ATTORNEYS FOR DEFENDANT
JOHNSON ELECTRIC

C0055127.WPD:                                   2