*18*

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTHUR LARSON | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. B-03-038 |
| JOHNSON ELECTRIC<br>AUTOMOTIVE, INC. | §<br>§ | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff's Motion to Dismiss With Prejudice. The Court finds that the Order is appropriate and should be granted.

It is therefore ORDERED that the above-referenced cause is DISMISSED WITH PREJUDICE.

It is further ORDERED that costs be taxed against the parties incurring same. All relief not specifically granted is denied.

SIGNED, ORDERED and ENTERED this __7__ day of __October__ 2003.

_____
UNITED STATES DISTRICT JUDGE

C0055127.WPD:

\8